Corrected page

FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

ap-77,031
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/2/2015 7:48:13 AM
Accepted 3/3/2015 7:59:16 AM
ABEL ACOSTA
CLERK

## IDENTITIES OF PARTIES AND COUNSEL

HONORABLE MICHAEL SNIPES
    133 N. Riverfront Blvd
    Frank Crowely Courts Bldg.
    Dallas, Texas 75207

JUDGE PRESIDING
CRIMINAL DISTRICT
COURT NO. 7
OF DALLAS COUNTY, TEXAS

FRANKLIN DAVIS
    TDC#00999585
    Polunsky Unit
    3872 FM 350 South
    Livingston, Texas 77351

APPELLANT

HONORABLE KARO JOHNSON
    3300 Oak Lawn Ave. Suite 600
    Dallas, Texas 75219
    SBOT#10804500

ATTORNEY FOR APPELLANT

HONORABLE DOUG PARKS
    321 Calm Water Lane
    Holly Lake Ranch, Texas
    SBOT# 15520000

ATTORNEY FOR APPELLANT

HONORABLE BRADY WYATT
    3300 Oak Lawn Ave. Suite 600
    Dallas, Texas 75210
    SBOT# 24008313

ATTORNEY FOR APPELLANT

HONORABLE PHILLIP HAYES
    3300 Oak Lawn Ave. Suite 600
    Dallas, Texas 75219
    SBOT# 24012803

ATTORNEY FOR APPELLANT

HONORABLE JOHN TATUM
    990 S. Sherman St.
    Richardson, Texas 75081
    SBOT#19672500

ATTORNEY FOR APPELLANT
ON APPEAL ONLY